IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HEATH WILLIAMSON<br>           PLAINTIFF,<br><br>V.<br><br>CARRINGTON MORTGAGE<br>SERVICES, LLC,<br>           DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§   CAUSE NO. 1:20-CV-0041-LY<br>§<br>§<br>§ |

### FINAL JUDGMENT

Before the court is the above styled and numbered cause of action. On this same date, the court granted Defendant Carrington Mortgage Services, LLC's Rule 12(c) Dismissal Motion (Doc.#6) and dismissed Plaintiff Heath Williamson's complaint. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant is awarded costs.

**IT IS FURTHER ORDERED** this cause is **CLOSED**.

SIGNED this _____ day of June, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE